No. 10–54. AVIADO *v.* INDUSTRIAL CLAIM APPEALS OFFICE ET AL. Ct. App. Colo. Certiorari denied.

No. 10–55. XIAOPING YAO *v.* VISA INC. ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–57. MARKS ET AL. *v.* ALFA GROUP, AKA CROWN FINANCE FOUNDATION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–60. MAHER *v.* BANK ONE, N. A., ET AL. Ct. App. Ariz. Certiorari denied.

No. 10–62. RADICE ET AL. *v.* ETCHEBARNE-BOURDIN ET AL. Ct. App. D. C. Certiorari denied.

No. 10–64. FARR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–65. HARPER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–66. WATKINS *v.* ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 10–68. PATRICK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–69. SELRAHC LIMITED PARTNERSHIP ET AL. *v.* SEECO, INC., ET AL. Ct. App. Ark. Certiorari denied.

No. 10–71. JACKSON *v.* MCHUGH, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 10–73. PALERMO ET UX. *v.* TOWN OF NORTH READING, MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 10–77. WILLIAMSON *v.* ADVENTIST HEALTH SYSTEM/SUNBELT, INC., ET AL. C. A. 11th Cir. Certiorari denied.